IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBRA L. JABBIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-471 (MTT) ) |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter is before the Court on the Recommendation to Affirm of United States Magistrate Judge Thomas Q. Langstaff. (Doc. 11). The Commissioner of Social Security adopted the Administrative Law Judge's determination that the Plaintiff was not disabled because she did not meet or medically equal the listed impairments in 20 C.F.R. Part 404, Subpart P, Appendix 1 and there were a significant number of jobs in the national economy that the Plaintiff could perform. The Magistrate Judge recommends affirming the Commissioner's decision because the ALJ's finding is supported by substantial evidence. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation and the record.[1] The Recommendation is adopted and made the order of this Court. The Commissioner's decision is **AFFIRMED.**

---

[1] Although it was not the basis for the Recommendation, the Court notes, as raised in the Commissioner's brief, that the Plaintiff stopped working on March 17, 2006, because her plant closed. (Tr. 153). Specifically, the Plaintiff "worked at Brown and Williamson Tobacco Corporation for over 20 years until the company closed in March, 2006." (Tr. 18).

**SO ORDERED**, this the 7th day of March, 2012.

                                                              <u>S/ Marc T. Treadwell</u>
                                                              MARC T. TREADWELL, JUDGE
                                                              UNITED STATES DISTRICT COURT